UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-WL2** | Case No. 1:07-cv-1951 |
| **Plaintiff,** | Judge Solomon Oliver, Jr. |
| vs. | <u>**JUDGMENT**</u> |
| **Tiffany L. Hollinger, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 8/29/2007

/s/SOLOMON OLIVER JR.
Judge Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE

E42